IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| M AMMAR ALKATIB | ) Case No. 1:18-cv-02859 |
| | ) |
| *Plaintiff*, | ) Judge James S. Gwin |
| | ) |
| -vs- | ) |
| | ) **NOTICE OF APPEAL** |
| PROGRESSIVE PARALEGAL | ) |
| SERVICES, LLC., *et al*. | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |

Notice is hereby given of appeal to the United States Court of Appeals for the Sixth Circuit by Defendants from the Court's September 29, 2020 Order [Doc #45] denying Defendants' Motion to Stay Order of Lien Judgment Upon Lands and Tenement and Motion to Amend Previous Motion to Stay Order for Lien Judgment Upon Lands and Tenement.

Respectfully submitted,

___/s/ Nancy C. Schuster_____
NANCY C. SCHUSTER #0020690
Schuster & Simmons Co. L.P.A.
2913 Clinton Avenue
Cleveland, Ohio 44113
(216) 348-1100 (Telephone)
(216) 348-0013 (Facsimile)
ss@apk.net (E-mail)

*Counsel for Defendants / Counter-Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2020, the foregoing has been electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's system.

        /s/  Nancy C. Schuster      
NANCY C. SCHUSTER #0020690

*Counsel for Defendants / Counter-Claimants*