UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
M. AMMAR ALKATIB,                          :
                                           :      Case No. 1:18-cv-2859
    Plaintiff,                             :
                                           :
vs.                                        :      OPINION & ORDER
                                           :      [Resolving Doc. 46]
PROGRESSIVE PARALEGAL                      :
SERVICES, LLC, *et al.*,                   :
                                           :
    Defendants.                            :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this employment dispute, the Court enforced a $200,388.76 damages and attorney fees arbitration award for Plaintiff.[1] The Court then entered a judgment lien against Defendants and denied Defendants' motion to stay the judgment.[2]

Defendants now appeal and move to stay the judgment under Federal Rule of Civil Procedure 62(b).[3] Plaintiff does not object to the requested stay if an appropriate supersedeas bond is posted. Plaintiff asks for a $400,000 supersedeas bond, twice the arbitration award judgment amount.[4] Defendants reply and request a lower bond.[5]

The Court **GRANTS** Defendants' stay motion provided Defendants obtain an appropriate $300,000 supersedeas bond. This amount balances the parties' interests in preserving the $200,000 judgment with mounting interest, Plaintiff's appellate attorney fees and administrative costs, and Defendants' ability to proceed with their appeal.[6]

---

[1] Doc. 34.
[2] Doc. 36; Doc. 45.
[3] Doc. 46; Doc. 47.
[4] Doc 49.
[5] Doc. 52.
[6] *In re Cardizem CD Antitr. Litig.*, 391 F.3d 812, 818 (6th Cir. 2004) (affirming a similar supersedeas bond).

Case Nos. 1:18-cv-2859
Gwin, J.

    IT IS SO ORDERED

Dated: November 20, 2020        *s/    James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE